# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVE NORTON, Individually, and as Personal Representative of The Estate of Groreta Chamberlain, and as Representative of the Heirs of Groreta Chamberlain,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., d/b/a LIFE CARE CENTER OF ANDOVER,<br><br>　　　　　　Defendant. | Case No. 12-CV-1049-JWL-GLR<br><br>**Removed from the District Court of Butler County, Kansas**<br>**Case No. 2012CV28**<br><br>*WICHITA, KS DESIGNATED AS PLACE OF TRIAL* |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Life Care Centers of America, Inc., d/b/a Life Care Center of Andover, by and through undersigned counsel and for its Notice of Removal of Civil Action pursuant to 28 U.S.C. §§1332, 1441, 1446 states as follows:

## SHORT AND PLAIN STATEMENT OF GROUNDS FOR REMOVAL

### I.     BACKGROUND & PARTIES.

1.     Plaintiff Steve Norton, Individually and as Personal Representative of The Estate of Groreta Chamberlain, and as Representative of the Heirs of Groreta Chamberlain, filed this action in the District Court of Butler County, Kansas on or about January 19, 2012. Plaintiff's Petition names Life Care Centers of America, Inc., d/b/a Life Care Center as the sole defendant.

2.     Plaintiff's Petition alleges that Groreta Chamberlain was a resident and patient at Life Care Center of Andover in Andover, Kansas. Plaintiff's theories of liability against defendant are based on wrongful death and survivorship action.

3.     Steve Norton is the personal representative of the Estate of Groreta Chamberlain. Based upon information and belief, Groreta Chamberlain was a resident of the state of Kansas and Steve Norton is a resident of the state of Kansas.

4. Life Care Centers of America, Inc. is a corporation incorporated in the state of Tennessee with its principle place of business in Tennessee.

## II. BASIS FOR REMOVAL.

5. Plaintiff has alleged causes of action for wrongful death and survivorship action under Kansas law.

6. Plaintiff is a citizen and resident of the state of Kansas.

7. Defendant Life Care Centers of America is a citizen of the state of Tennessee for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(c).

## III. AMOUNT IN CONTROVERSY.

8. The amount in controversy of plaintiff's claims exceeds the sum or value of $75,000.00, inclusive of interests and costs as stated in plaintiff's prayer for relief in the petition.

## IV. CONCLUSION.

9. This action is a civil action over which this court has original jurisdiction pursuant to 28 U.S.C. §1332 as it involves citizens of different states and the amount in controversy is in excess of $75,000.00.

10. Defendant Life Care Centers of America was served on January 24, 2012. This Notice of Removal is timely filed before the expiration of thirty days from the receipt by Life Care Centers of America, Inc. of plaintiff's Petition and Summons. Additionally this action is not more than one year old.

11. Pursuant to 28 U.S.C. §1446(d) promptly after filing this Notice of Removal, Life Care Centers of America, Inc. will give written notice thereof to the plaintiff and will file a copy of its Notice of Removal with the District Court of Butler County, Kansas.

12. Pursuant to 28 U.S.C. §1446(a) copies of all process, pleadings and orders served upon Life Care Centers of America, Inc. are attached hereto as **Exhibit A**.

13. A civil cover sheet relating to this matter is attached hereto as **Exhibit B**.

14. A copy of the Notice of Service of Notice of Removal and Notice to Butler County of Removal from the United States District Court indicating the filing of the Notice of Removal is attached hereto as **Exhibit C**.

15. Defendant requests a trial by jury on all claims in this suit.

WHEREFORE, Life Care Centers of America, Inc. requests that this action be removed from the District Court of Butler County, Kansas to the United States District Court for the District of Kansas, for all purposes.

Respectfully submitted,

*/s/* William P. Denning
Bradley S. Russell,                KS #13734
William P. Denning,            KS #21560
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone:    (913) 234-6100
Facsimile:     (913) 234-6199
b.russell@sanconwar.com
w.denning@sanconwar.com
*ATTORNEYS FOR DEFENDANT LIFE CARE CENTERS OF AMERICA, INC.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of February, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

J. Scott Bertram
Daniel Magill
The Bertram Law Firm, LLC
4717 Ward Parkway, Suite 800
Kansas City, Missouri 64112

Michael Hodges
Hodges Law Firm, Chtd.
13420 Santa Fe Trail Drive
Lenexa, Kansas 66215
mikehodges@hodgeslawfirm.com
***ATTORNEYS FOR PLAINTIFF***

                */s/* William P. Denning
                Attorney for Defendant