### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVE NORTON, Individually, and as Personal Representative of The Estate of Groreta Chamberlain, and as Representative Of the Heirs of Groreta Chamberlain,<br><br>      Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., d/b/a LIFE CARE CENTER,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Case No. 6:12-CV-01049-JWL-GLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Steve Norton, Individually and as the Representative of the Estate of Groreta Chamberlain and as Representative of the Heirs of Groreta Chamberlain, and Defendant Life Care Center of America, Inc., by and through their respective counsel, announce that the above-referenced matter has resolved by way of settlement. Accordingly, the parties move this Court for a Journal Entry dismissing the above-referenced cause with prejudice with each party to bear their own costs.

    Respectfully submitted,

    /s/ Michael L. Hodges
    _____
    Michael Hodges,    KS #09860
    Hodges Law Firm, Chtd.
    13420 Santa Fe Trail Drive
    Lenexa, Kansas 66215
    Telephone: (913) 888-7100
    Facsimile: (913) 888-7388
    Email: mikehodges@hodgeslawfirm.com
    ***ATTORNEYS FOR PLAINTIFF***

/s/ William P. Denning
William P. Denning,        KS #21560
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone:    (913) 234-6100
Facsimile:    (913) 234-6199
Email: w.denning@swrllp.com
***ATTORNEYS FOR DEFENDANT***