IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVE NORTON, Individually, and as Personal Representative of The Estate of Groreta Chamberlain, and as Representative Of the Heirs of Groreta Chamberlain,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., d/b/a LIFE CARE CENTER,<br><br>　　　　　　　　　　Defendant. | Case No. 6:12-CV-01049-GLR |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 11th day of July, 2013, the above-referenced matter comes before the Court on the joint stipulation for dismissal. Plaintiffs appear by and through their attorney of record, Michael Hodges, while Defendants appear by and through their attorney of record, William Denning.

The Court is advised that the case has been resolved by way of settlement and accordingly, the case should be dismissed with prejudice as to all defendants.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-referenced cause is hereby dismissed with prejudice as to all defendants, with each party to bear their own costs.

**IT IS SO ORDERED**.

**July 11, 2013**

Date

S/Gerald L. Rushfelt
Honorable Gerald L. Rushfelt,
United States Magistrate Judge

Approved by:


/s/ Michael Hodges
Michael Hodges,              KS #09860
Hodges Law Firm, Chtd.
13420 Santa Fe Trail Drive
Lenexa, Kansas 66215
Telephone:    (913) 888-7100
Facsimile:    (913) 888-7388
Email: mikehodges@hodgeslawfirm.com
***ATTORNEYS FOR PLAINTIFF***


/s/ William P. Denning
William P. Denning,          KS #21560
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone:    (913) 234-6100
Facsimile:    (913) 234-6199
Email: w.denning@swrllp.com
***ATTORNEYS FOR DEFENDANT***